UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HEATHER LYNN SCHAEFER,<br><br>Defendant. | 4:21-CR-40039-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Heather Lynn Schaefer, moves for a 45-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because Schaefer is waiting on the resolution of her motion to suppress (Docket 41) and motion for independent testing (Docket 40). Schaefer states that resolution of those motions will inform how she prepares for trial or engages in plea negotiations. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | September 28, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | September 28, 2021 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to October 15, 2021 |

| Applications for Writ of Habeas Corpus Ad Testificandum | October 26, 2021 |
|---|---|
| Other motions | November 2, 2021 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | November 2, 2021 |
| Plea agreement or petition to plead and statement of factual basis | November 2, 2021 |
| Notify court of status of case | November 2, 2021 |
| Motions in limine | November 9, 2021 |
| Proposed jury instructions due | November 9, 2021 |
| Jury trial | Tuesday, November 16, 2021, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated August 24, 2021.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE